Amber Ayers **LARKIN, Appellant/Cross–Appellee,**

v.

Dennis Michael **LARKIN, Appellee/Cross–Appellant.**

**Case No. 5D16–1455**

District Court of Appeal of Florida, Fifth District.

Opinion filed January 13, 2017

Marc James Ayers, of Bradley Arant Boult, Cummings, LLP, Birmingham Alabama, and Terry C. Young and Jennifer R. Dixon, of Lowndes Drosdick Doster Kantor & Reed, P.A., Orlando, for Appellant/Cross–Appellee.

Andrew F. Nickolaou, and Ophelia G. Bernal–Mora, of Bernal–Mora & Nickolaou, Winter Park, for Appellee/Cross–Appellant.

PER CURIAM.

We affirm, without discussion, the trial court's determination as to the proper distribution of the parties' Morgan Stanley account pursuant to the terms of their

marital settlement agreement. However, we conclude that the trial court erred in failing to award the former wife a reasonable attorney's fee. The marital settlement agreement provided for an award of fees to the prevailing party "in the event of a legal action or other proceeding arising under this Agreement." Here, the former wife prevailed on the only significant issue resolved by the trial court in its post-judgment order. Therefore, we reverse the portion of the trial court's order denying the former wife's motion for attorney's fees.

AFFIRMED, in part; REVERSED, in part; REMANDED.

TORPY, EVANDER and LAMBERT, JJ., concur.